1  MICHAEL L. TRACY, ESQ., SBN 237779
2  mtracy@michaeltracylaw.com
   MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3  mhutchins@michaeltracylaw.com
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff DEVIN VAUGHN
8

9                    **UNITED STATES DISTRICT COURT**
10
                     **NORTHERN DISTRICT OF CALIFORNIA**
11

| DEVIN VAUGHN, an individual | Case No.: 3:09-cv-04353-BZ |
|---|---|
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]** |
| vs. | |
| REB ENGINEERING, INC., A CALIFORNIA CORPORATION; RANDAL E. BRYANT, AN INDIVIDUAL; and DOES 1 through 10, inclusive, | Date:  December 28, 2009<br>Time:  4:00p.m. |
| Defendants. | |

   PLEASE TAKE NOTICE that Plaintiff's counsel respectfully request to appear telephonically for the Initial Case Management Conference currently scheduled for December 28, 2009 at 4:00p.m. before the Honorable Bernard Zimmerman of the above entitled court.

///

///

///

-1-
REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED ORDER]

1  ///

2  DATED:  December 18, 2009           LAW OFFICES OF MICHAEL TRACY

4                                      By:  _____/s/_____
5                                           MEGAN ROSS HUTCHINS, Attorney for
                                            Plaintiff DEVIN VAUGHN

7                                      **ORDER**

8      IT IS SO ORDERED.

9  DATED: December  18 , 2009          _____
10                                          HONORABLE BERNARD ZIMMERMAN