| | |
|---|---|
| 1 | LAW OFFICES OF KATHLEEN A. HERDELL |
| 2 | KATHLEEN A. HERDELL, CA SBN142836<br>ALLAN H. KEOWN, CA SBN 61710 |
| 3 | 1030 Main Street, Suite 215<br>St. Helena, CA 94574 |
| 4 | kathleen@herdell.com<br>(707) 963-3800 |
| 5 | (707) 963-2622 |

Attorneys for defendants,
REB ENGINEERING, INC.
and RANDAL E. BRYANT

THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

DEVIN VAUGHN, an individual,  ) Case No.: 3:09-04353 BZ
                                                     )
    Plaintiff,                                    )
                                                     ) REQUEST FOR TELEPHONIC
v.                                                 ) APPEARANCE FOR INITIAL CASE
                                                     ) MANAGEMENT CONFERENCE AND
REB ENGINEERING, INC. A              ) [PROPOSED ORDER]
CALIFORNIA CORPORATION;      )
RANDAL E. BRYANT, AN                )
INDIVIDUAL; and DOES 1 through )
10, inclusive,                                   ) DATE: December 28, 2009
                                                     ) TIME: 4:00 p.m.
    Defendants.                               )
                                                     )
                                                     )

PLEASE TAKE NOTICE that Defendant's counsel respectfully requests to appear telephonically for the Initial Case Management Conference currently scheduled for December 28, 2009, at 4:00 p.m., before the Honorable Bernard Zimmerman of the above entitled court.

///

///

///

///

///

```
 1                                    KATHLEEN A. HERDELL, Esq.
                                      ALLAN H. KEOWN, Esq.
 2                                    LAW OFFICES OF KATHLEEN A. HERDELL
                                      1030 Main Street, Suite 215
 3                                    St. Helena, CA 94574

 4
                                      [signature: Kathleen A. Herdell, Esq.]
 5   DATED: December 18, 2009         _____
                                      Attorneys for defendants REB ENGINEERING,
 6                                    INC. and RANDALL A. BRYANT

 7

 8                                    ORDER

 9
         IT IS SO ORDERED.
10

11
                                      [signature: Bernard Zimmerman]
12   DATED: December 22  , 2009       _____
                                      HONORABLE BERNARD ZIMMERMAN
13

14

...

28
```