UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN VAUGHN, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> REB ENGINEERING INC., ) <br> ) <br> Defendant(s). ) <br> ) | No. C09-4353 BZ <br><br> **CONDITIONAL ORDER** <br> **OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 16, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\VAUGHN V. REB\VAUGHN CONDITIONAL ORDER OF DISMISSAL.wpd

1